UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20559-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ZAYDAH LECHELLE BARKSDALE
Respondent.

_____/

## ORDER ADOPTING IN PART REPORT & RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation (R&R) [DE 195] of Judge Barry Garber recommending that Defense counsel's Criminal Justice Act ("CJA") voucher application (No. 113C.0427074) be adjusted and approved for $46,583.67. A Notice of Non-Objection to the R&R [DE 196] was filed on November 1, 2017. The Court has conducted a *de novo* review of the record and adopts the R&R as to all amounts except for the $2,103.20 award for computer legal research charges. This amount is above the $500.00 limitation in the Guide to Judiciary Policy § 230.63.30(c). Here, Defense counsel has provided no justification for additional computer legal research expenses. Therefore, the Court finds that legal research fees should be reduced to $500.00.

Additionally, it is not ordinary practice for CJA Counsel to request reimbursement for this expense. While the policy manual does allow the expense when justified, it is recommended that Counsel talk to the judge before incurring additional expenses to show why legal research above the cap is needed. Counsel is also reminded to submit individual representations separately in the future. Accordingly, it is

ORDERED that:

1. The R&R of Judge Garber be AFFIRMED AND ADOPTED with regard to (1) the finding that the case was complex and (2) all fees and costs apart from computer legal research charges.

2. The Court will approve the CJA voucher for **$44,980.47**. This amount reflects Judge Garber's recommendation to award $11,068.20 for in-court hours, $31,376.02 for out-of-court hours, and $68.00 in travel expenses. The amount also reflects the decrease from the recommended $2,103.20 to $500 for computer legal research fees. Thus, the total is now $2,468.25 in "Other Expenses."

DONE AND ORDERED in Miami, Florida this 15th day of November, 2017.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

CC: The Honorable Barry Garber
Counsel of Record